UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-40075 |
| Plaintiff, | DEFENDANT'S MOTION TO SUPPRESS |
| vs. | |
| BENJAMIN LYLE IVERSON, | |
| Defendant. | |

_____

Defendant Benjamin Lyle Iverson moves to suppress (1) any and all statements, and the fruits thereof, made before he was advised of his *Miranda* rights on April 11, 2015, on the ground that the statements were obtained in violation of his Fifth Amendment rights, and (2) any and all evidence, and the fruits thereof, obtained from the warrantless search of his cell phone on the ground that the search violated his Fourth Amendment rights. A legal memorandum in support of this motion has been filed and is incorporated by reference.

Dated this 16th day of July 2015.

    Respectfully submitted,

    NEIL FULTON
    Federal Public Defender
    By: /s/ Jason J. Tupman

    Jason J. Tupman, Assistant Federal Public Defender
    Attorney for Defendant
    Office of the Federal Public Defender
    Districts of South Dakota and North Dakota
    200 W. 10th Street, Suite 200
    Sioux Falls SD 57104
    Telephone: 605-330-4489   Fax: 605-330-4499
    filinguser_SDND@fd.org