UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
AUG 1 0 2015

| UNITED STATES OF AMERICA, | CR15-40075 |
|---|---|
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| BENJAMIN LYLE IVERSON, | |
| Defendant. | |

The undersigned parties stipulate that the following facts are true and establish a factual basis for the plea in the action pursuant to Federal Rules of Criminal Procedure 11(b)(3):

On April 11, 2015, the defendant, Benjamin Iverson, sent an electronic mail via his telephone to a law enforcement officer posing as an individual offering various sex acts with a 15-year-old minor for money as part of a sting operation. The electronic mail contained the name of a fictional minor and was sent to solicit the undercover officer to cause the minor under his control to engage in an illegal sex act with the Defendant. Defendant was 25 years of age at the time. The sex act solicited was that the female minor perform oral sex on the Defendant, which would have violated SDCL 22-22-7 Sexual Contact with a Child Under Sixteen Years of Age. All of this was in violation of 18 U.S.C. Section 2425.

RANDOLPH J. SEILER
ACTING UNITED STATES ATTORNEY

August 10, 2015
Date

Jeffrey C. Clapper
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2351
Facsimile: (605)330-4410
E-Mail: Jeff.Clapper@usdoj.gov

8-5-15
Date

Benjamin Lyle Iverson
Defendant

8/5/15
Date

Jason Tupman
Attorney for Defendant